UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CITY OF ELWOOD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:22-cv-02354-JRS-MG |
| | ) |
| THE TRAVELERS INDEMNITY COMPANY, | ) |
| | ) |
| Defendant. | ) |

**Order on Joint Motion to Continue Trial**

This is an insurance coverage case about a contaminated city property. Now before the Court is the Parties' Joint Motion to Continue the Trial Date and for Enlargement of the Pre-Trial Deadlines. (ECF No. 56.)

This is not the Parties' first request for an extension of time. The Parties proposed, (ECF No. 19), and the Court approved, (ECF No. 20), a case management plan that had a discovery deadline of September 8, 2023, for non-expert discovery as to liability and February 9, 2024, for expert and damages discovery. The Parties requested, (ECF No. 30), and the Court approved, (ECF No. 31) a first extension of the discovery deadlines to October 6, 2023, (liability) and March 8, 2024, (expert and damages). The Parties requested, (ECF No. 41), and the Court approved, (ECF No. 43), a second extension of the discovery deadlines to January 31, 2024, (liability) and May 15, 2024, (expert and damages). The Parties requested, (ECF No. 51), a third extension of discovery deadlines, which the Court denied, (ECF No. 54). The Parties were advised that no further extensions were to be expected.

The discovery deadlines are already four months past the dates the Parties agreed to initially. Now, seeking another four-month extension, they point to their diligent work thus far. But explaining what they have done does not explain what they have not done: namely, plan to complete discovery on time. Two months of discovery remain; the Court expects the Parties to use that time to good advantage.

The Motion, (ECF No. 56), is **denied.** Elwood's Motion for Summary Judgment, (ECF No. 34), remains pending, subject to the briefing schedule set by the Magistrate Judge, (ECF No. 55).

**SO ORDERED.**

Date: 12/5/2023

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

David Guevara
TAFT STETTINIUS & HOLLISTER LLP (Indianapolis)
dguevara@taftlaw.com

John Frederick Huldin
TAFT STETTINIUS & HOLLISTER LLP (Indianapolis)
JHuldin@taftlaw.com

Tanya Murray
Plunkett Cooney
tmurray@plunkettcooney.com

Kenneth C. Newa
PLUNKETT COONEY, PC
knewa@plunkettcooney.com